

In Re:

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES,

    Plaintiff,

v.

LARRY GOOCH,

    Defendant.

Case: 1:07-mc-00159
Assigned To : Collyer, Rosemary M.
Assign. Date : 4/26/2007
Description: MISC.

### VINCENT SCHIRALDI, THE DISTRICT OF COLUMBIA DEPARTMENT OF YOUTH REHABILITATION SERVICES AND THE OFFICE OF THE ATTORNEY GENERAL'S MOTION TO QUASH SUBPOENA

Vincent Schiraldi, the District of Columbia Department of Youth Rehabilitation Services ("DYRS"), the Office of the Attorney General, by and through undersigned counsel, respectfully move this Court pursuant to LCrR 47 for an Order quashing the attached subpoena *duces tecum* signed by this Court on March 21, 2007, and served at DYRS on March 23, 2007, by a process server on behalf of James G. Connell, III, Esquire. See Subpoena, attached hereto as Exhibit A. The above-captioned lawsuit relates to a criminal prosecution of Larry Gooch, who is no longer a juvenile. The Court should quash the subpoena because the subpoena seeks confidential juvenile social files from DYRS and the Office of the Attorney General that may not be produced absent a Special Order from the Superior Court Family Division.

A Memorandum of Points and Authorities in support of this Motion, along with a proposed Order, is attached and incorporated hereto.

                                    Respectfully submitted,

                                    LINDA SINGER
                                    Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General,
Civil Litigation Division

/s/Phillip A. Lattimore
PHILLIP A. LATTIMORE, III [422968]
Chief, General Litigation Sec. III

/s/Nicola N. Grey
NICOLA N. GREY [492150]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, D.C. 20001
(202) 724-6626; (202) 727-6295
(202) 727-3625 (fax)
E-mail: nicola.grey@dc.gov

## RULE 7-M CERTIFICATE

On April 12, 2007, I contacted James G. Connell, III, Esq., counsel for Defendant Larry Gooch, regarding the relief herein sought. Counsel does not consent to the relief requested herein. Therefore, this Motion should be treated as contested.

/s/Nicola N. Grey
NICOLA N. GREY
Assistant Attorney General

## CERTIFICATE OF SERVICE

I, Nicola N. Grey, hereby certify that a copy of the foregoing Motion to Quash was electronically mailed, this 13th day of April 2007, to the following party:

James G. Connell, III, Esq.
Devine, Connell & Sheldon, P.L.C.
10621 Jones Street, Suite 301
Fairfax, Virginia 20030

/s/Nicola N. Grey
Nicola N. Grey
Assistant Attorney General

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES, | : |
| Plaintiff, | : |
| v. | : |
| | : Case No. |
| LARRY GOOCH, | : |
| Defendant. | : |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF VINCENT SCHIRALDI, THE DISTRICT OF COLUMBIA DEPARTMENT OF YOUTH REHABILITATION SERVICES, AND THE OFFICE OF THE ATTORNEY GENERAL'S MOTION TO QUASH SUBPOENA**

**I.   Background**

On March 27, 2007, the District of Columbia Department of Youth Rehabilitation Services ("DYRS") received the attached subpoena signed by this Court. *See* Subpoena, attached hereto as Exhibit A. The subpoena orders the production of "certified records relating to Oak Hill inmate Larry A. Gooch, Jr.," ... "testing scores, academic files, and any other documents, records, tests or written report made concerning, to, or about Larry A. Gooch during his relationship with Oak Hill and the DYRS." Id. The subpoena also orders that the aforementioned records be produced on or before April 15, 2007, to James G. Connell, III, Devine, Connell & Sheldon, P.L.C., at 10:00 a.m. Id.

The District of Columbia Office of the Attorney General represents Vincent Schiraldi and DYRS in matters concerning the enforcement of subpoenas served upon DYRS, and hereby requests this Court to quash this subpoena.

II. **Argument**

A. **A U.S. District Court Ordered Subpoena is Insufficient for the Release of Confidential Juvenile Records.**

On March 21, 2007, this Court signed a subpoena *duces tecum* that was directed to the Director, Department of Youth Rehabilitation Services (DYRS), Office of the Attorney General, DYRS. The subpoena orders the disclosure of all records, files and documents pertaining to the Oak Hill records of Larry A. Gooch, Jr., DOB: 11/10/1979, maintained by DYRS. The subpoena is a request for production of information and documents that are confidential and privileged in nature. See D.C. Official Code § 16-2332. That statute governs juvenile social records. It reads:

(a) As used in this section, the term "juvenile social records" refers to all social records made with respect to a child in any proceedings over which the Division has jurisdiction under section 11-1101(13), including preliminary inquiries, predisposition studies, and examination reports.

(b) Juvenile social records shall be kept **confidential** and shall not be open to inspection; but, subject to the limitations of subsection (c), the inspection of those records shall be permitted to --

(1) judges and professional staff of the Superior Court and the Attorney General and his assistants assigned to the Division;

(2) the attorney for the **child** at any state of a proceeding in the Division, including intake;

(3) any court or its probation staff, for purposes of sentencing **the child** as a defendant in a criminal case, and, if and to the extent other presentence materials are disclosed to him, the counsel for the defendant in that case;

(4) public or private agencies or institutions providing supervision or treatment, or having custody of the child, if the supervision, treatment, or custody is under order of the Division;

(5) other persons having a professional interest in the protection, welfare, treatment, and rehabilitation of the respondent or of a member of his family, or in the work of the Division, **if authorized by rule or special order of the court;**

(6) professional employees of the Social Rehabilitation Administration of the Department of Human Services when necessary for the discharge of their official duties;

(7) the Child Fatality Review Committee for the purposes of examining past events and circumstances surrounding deaths of children in the District of Columbia or of children who are either residents or wards of the District of Columbia, or for the discharge of its official duties;

(8) authorized personnel in the Mayor's Family Court Liaison, the Department of Health, the Department of Mental Health, the Child and Family Services Agency, the Department of Human Services, and the District of Columbia Public Schools for the purpose of delivery of services to individuals under the jurisdiction of the Family Court, or their families;

(9) the Child and Family Services Agency when necessary for the discharge of its official duties; and

(10) law enforcement officers of the United States, the District of Columbia, and other jurisdictions when a custody order has issued for the respondent, except that such records shall be limited to photographs of the child, a physical description of the child, and any addresses where the child may be found, and the law enforcement officer may not be permitted access to any other documents or information contained in the social file. (Emphasis added.)

While this case involves a criminal proceeding against defendant Larry Gooch, whose records are requested, it does not appear that this case has reached the sentencing stage, a factor set forth in § 16-2332(b)(3). Moreover, Mr. Gooch is no longer a juvenile, but is now, according to his birth date, 27 years old, and the request for his juvenile records by this Court is not one of the factors for which the statute provides a waiver for the disclosure of the requested records. See § 16-2332, generally.

D.C. Official Code § 16-2332(d) provides that, "[t]he Superior Court may by rule or special order provide procedures for the inspection or copying of juvenile social records by persons entitled to inspect them. Section 16-2332(e) specifically reads that "no person shall disclose, inspect, or use records in violation of this section." The Director of the Department of Youth Rehabilitation Services (DYRS) nor attorneys within the Office of the Attorney General has a special order for the release of the requested records. Absent the Special Order from the Presiding Chief Judge of the Family Division, Superior Court for the District of Columbia, Director Vincent Schiraldi of DYRS and the Office of the Attorney General are precluded from releasing the records ordered by this court. Moreover, absent a Special Order from the Superior Court Family Division, disclosure of any of the information requested pursuant to the subpoena,

5

whether it be by law enforcement, social welfare providers, attorneys, or other professionals, is **punishable** by criminal prosecution. *See*, D.C. Official Code § 4-1303.07 (emphasis added).

Upon information and belief, on or about April 12, 2007, counsel for Mr. Gooch filed an application with the D.C. Superior Court for a special order. Until a special order has been granted, the March 21, 2007, subpoena should be quashed.[1]

### III. Conclusion

Vincent Schiraldi, DYRS, and the Office of the Attorney General, by and through counsel, respectfully request that this Honorable Court quash the subject subpoena for the reasons set forth above.

                                      Respectfully submitted,

                                      LINDA SINGER
                                      Attorney General for the District of Columbia

                                      GEORGE C. VALENTINE
                                      Deputy Attorney General,
                                      Civil Litigation Division

                                            /s/Phillip A. Lattimore
                                      PHILLIP A. LATTIMORE, III [422968]
                                      Chief, General Litigation Sec. III

                                            /s/Nicola N. Grey
                                      NICOLA N. GREY [492150]
                                      Assistant Attorney General
                                      441 Fourth Street, N.W.
                                      Sixth Floor South
                                      Washington, D.C. 20001
                                      (202) 724-6626; (202) 727-6295
                                      (202) 727-3625 (fax)
                                      E-mail: nicola.grey@dc.gov

---

[1] By Request, dated April 5, 2007, U.S. District Court Judge Richard W. Roberts sent a Request to the Presiding Judge of the Family Division, Superior Court of the District of Columbia, for the release of juvenile social records in the case *United States v. Ball*, Docket No. CR 05-100. See Request, annexed herewith as Exhibit B. While this is not binding on this Court, it is provided to persuade this Court that the subpoena should be quashed until a special order has been issued by the Presiding Judge of the Family Division, Superior Court of the District of Columbia.

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES,<br><br>      Plaintiff,<br><br>v.<br><br>LARRY GOOCH,<br><br>      Defendant. | Case No. |

## ORDER

Upon consideration of the Vincent Schiraldi, the District of Columbia Department of Youth Rehabilitation Services ("DYRS"), the Office of the Attorney General's Motion to Quash Subpoena, the Memorandum of Points and Authorities, the response thereto, if any, and the record herein, it is by this Court this _____ of April, 2007,

**ORDERED:** that the Motion is **GRANTED** for the reasons set forth in the District of Columbia's Motion; and it is

**FURTHER ORDERED:** that the Subpoena is hereby Quashed.

                                                                                                                  _____
                                                                                                                  The Honorable Rosemary M. Collyer
                                                                                                                  United States District Judge.

AO 89 (Rev. 11/91) Subpoena in a Criminal Case

# United States District Court

FOR THE _____ DISTRICT OF _____ COLUMBIA _____

UNITED STATES OF AMERICA,
    Plaintiff,

V.

LARRY GOOCH,
    Defendant.

*In Forma Pauperis*
**DUCES TECUM**

**SUBPOENA IN A CRIMINAL CASE**

CASE NUMBER: 1:04-CR-128

TO: Director, DC Department of Youth Rehabilitation Services (DYRS)
   Office of the Attorney General
   1000 Mt. Olivet Rd., NE
   Washington, D.C. 20001

| PLACE<br>UNITED STATES DISTRICT COURTHOUSE<br>3rd AND CONSTITUTION AVENUE, N.W.<br>WASHINGTON, D.C. 20001 | COURTROOM<br># 2: The Honorable Rosemary Collyer |
|---|---|
| | DATE AND TIME April 15, 2007<br>10:00 A.M. |

☒ **YOU ARE COMMANDED** to bring with you the following document(s) or object(s): true, accurate and certified records relating to OAK HILL inmate Larry A. Gooch, Jr., DOB:11/10/1979: SSN 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. This should included but is not limited to educational files, testing files, mental or physical health files or documents, testing scores, academic files and any other documents, records, tests or written report made concerning, to, or about Larry A. Gooch during his relationship with Oak Hill and the DYRS. .

| U.S. MAGISTRATE JUDGE OR CLERK OF COURT<br><br>Nancy Mayer-Whittington<br><br>(BY) DEPUTY CLERK | DATE March 23, 2007<br>You may satisfy the demands of this subpoena by providing the requested documentation directly to the requesting attorney before April 15, 2007. |
|---|---|

ATTORNEY'S NAME, ADDRESS AND PHONE NUMBER
James G. Connell III, Devine, Connell & Shelton, P.L.C., Suite 301 Fairfax, VA 20030, (703) 691-8410 fax (703) 251-0757.

AO 89 (Rev. 11/91) Subpoena in a Criminal Case


EXHIBIT A

| PROOF OF SERVICE | | | |
|---|---|---|---|
| RECEIVED BY SERVER | DATE | PLACE Washington D.C. | |
| SERVED | DATE 3/27/07 TIME 3:18 pm | PLACE Office of Director | |
| SERVED ON (PRINT NAME) or Director, DC Department of Youth Rehabilitation Services (DYRS) Office of the Attorney General 1000 Mt. Olivet Rd., NE Washington, D.C. 20001 | | FEES AND MILEAGE TENDERED TO WITNESS ☐ YES ☒ NO    AMOUNT $ -0- | |
| SERVED BY (PRINT NAME) Joyce D. Void | | TITLE Paralegal Investigator: Law Offices of J.E. Barber, PC | |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Proof of Service is true and correct.

Executed on March 27, 2007
Date                              Signature of Server

Joyce C. Void, 400 7th Street., N.W. Washington D.C. 20004
(202) 737-8511
*Address of Server*

ADDITIONAL INFORMATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>LARRY GOOCH, et al.,<br><br>*Defendants.* | Crim No. 04 -128- 23 (RMC) |

### SUBPOENA *DUCES TECUM*

Pursuant to Federal Rule of Criminal Procedure 17(c), it is hereby **ORDERED** that the Director, Department of Youth Rehabilitation Services (DYRS), Office of the Attorney General, DYRS, 1000 Mt. Olivet Road, NE, Washington, D.C. 20001, produce true, accurate, and certified copies of all records, files and documents pertaining to the Oak Hill records of Larry A. Gooch, Jr., DOB: 11/10/1979: SSN 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, maintained in his or her custody. These records shall be produced on or before April 15, 2007, to James G. Connell, III, Devine, Connell & Sheldon, P.L.C., 10621 Jones Street, Suite 301, Fairfax, Virginia 20030, (703) 691-8410, fax (703) 251-0757.

Under my hand this 21 day of March, 2007.

_____
The Hon. Rosemary M. Collyer
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, : | Docket No. Cr. 05-100 |
| Plaintiff, : | |
| : | |
| v. : | FILED |
| : | APR 9 - 2007 |
| ANTWUAN BALL, DAVID WILSON, : | NANCY MAYER WHITTINGTON, CLERK |
| GREGORY BELL, DESMOND THURSTON, : | U.S. DISTRICT COURT |
| JOSEPH JONES, AND DOMINIC SAMUELS, : | |
| Defendants. : | |

### REQUEST

It is hereby requested that the Presiding Judge of the Family Division of the Superior Court for the District of Columbia have the Clerk of that Division of the Superior Court transmit all juvenile case jackets and the social file for the respondent Bobby Capies (D.O.B. October 25, 1977) to this Court's chambers for *in camera* review and determination as to those records and information, which may be disclosed in the above-captioned case.

SO ORDERED THIS ___5th___ DAY OF ___April___, 2007

_____
United States District Court Judge

